IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-20575

D.C. Docket No. 4:12-CV-2316
D.C. Docket No. 4:13-CV-2563

United States Court of Appeals
Fifth Circuit
**FILED**
March 1, 2017
Lyle W. Cayce
Clerk

United States District Court
Southern District of Texas
FILED
MAR 2 3 2017
David J. Bradley, Clerk of Court

STACEY VETTER,

    Plaintiff - Appellant

v.

CHRISTINE MCATEE,

    Defendant - Appellee

******************************************************************

INSIGNIA MARKETING, INCORPORATED,

    Plaintiff - Counter Defendant - Appellee Cross-Appellant

CHRISTINE MCATEE,

    Counter Defendant - Appellee

v.

STACEY VETTER,

    Defendant - Counter Plaintiff - Appellant Cross-Appellee

LARRY TAYLOR; NANCY SHEPPARD; DAVID RAPPE; THE PROMO
AGENCY COMPANY; DAVID FECHTMAN; AIA-LOGO PROMOTIONS,
L.L.C.,

Defendants - Appellants Cross-Appellees

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before JOLLY, HIGGINBOTHAM, and PRADO, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on **Mar 23, 2017**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 23, 2017

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

No. 15-20575   Stacey Vetter, et al v. Christine McAtee, et al  
              USDC No. 4:12-CV-2316  
              USDC No. 4:13-CV-2563

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
James deMontluzin, Deputy Clerk  
504-310-7679

cc:  
    Mr. Richard L. Arnold  
    Mr. Phillip Barengolts I  
    Ms. Jessica Andrea Ekhoff  
    Mr. Douglas H. Elliott  
    Mr. John Philip Griffis