United States District Court
Southern District of Texas
**ENTERED**
May 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-02316 |
|---|---|---|---|

Stacey Vetter

*versus*

Christine McAtee, Et Al

| | |
|---|---|
| Lawyer's Name | Michael S. Schechter |
| Firm | Ashburn & Mason P.C. |
| Street | 1227 W. 9th Avenue, Ste. 200 |
| City & Zip Code | Anchorage, AK 99501 |
| Telephone & Email | 907-276-4331  mike@anchorlaw.com |
| Licensed: State & Number | Alaska Bar No. 1405044, Washington Bar No. 35602 |
| Federal Bar & Number | Alaska 1405044 |

| Name of party applicant seeks to appear for: | Christine McAtee |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/21/2025 | Signed: | /s/ Michael S. Schechter |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 5/22/2025 | Clerk's signature  *Saida Anderson* |

### Order

Dated: 5/22/2025

This lawyer is admitted *pro hac vice*.

_____
United States District Judge